UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ALEXANDER BORJA,
    Petitioner,

v.                                    CASE NO. 8:23-cv-2598-KKM-AEP

UNITED STATES OF AMERICA,
    Respondent.

### NOTICE OF SUBSTITUTION OF GOVERNMENT COUNSEL

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, hereby respectfully requests that the Clerk of Court substitute Assistant United States Attorney Dawn Tiffin, as lead government counsel for Assistant United States Attorneys Joseph K. Ruddy and Tereza Zambrano Ohley.

Assistant United States Attorney Roberta Josephina Bodnar has been assigned as co-counsel in this case. Please forward all materials in this case to both counsel and co-counsel from this date forward.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By:   *s/ Dawn A. Tiffin*
DAWN A. TIFFIN
Assistant United States Attorney
Appellate Division
Florida Bar No. 28788
400 N. Tampa St., Ste. 3200
Tampa, FL 33602
(813) 274-6000
dawn.tiffin@usdoj.gov

By:   */s/ Roberta Josephina Bodnar*
ROBERTA JOSEPHINA BODNAR
Assistant United States Attorney
Deputy Chief, Appellate Division
Florida Bar No. 986909
35 SE 1st Avenue, Suite 300
Ocala, Florida 34471
Telephone: (352) 547-3600
Facsimile: (352) 547-3623
E-mail: roberta.bodnar@usdoj.gov

Borja v. United States                              Case No. 8:23-cv-2598-KKM-AEP

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. A true and correct copy of the foregoing document and the notice of electronic filing were sent by United States Mail to the following non-CM/ECF participant:

*s/ Dawn A. Tiffin*
DAWN A. TIFFIN
Assistant United States Attorney
